IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINFONG SIT and MEE WAI CHIU,<br><br>    Plaintiffs,<br><br>   v.<br><br>GENENTECH, INC. TAX REDUCTION INVESTMENT PLAN; AYUMI NAKAMOTO; and DOES 1 to 20,<br><br>    Defendants.<br>_____/ | No. C 12-04864 SI;<br>Related Case: No. C 12-05077 SI<br><br>**ORDER CONTINUING REMAND HEARING; VACATING EXISTING HEARING ON MOTION TO DISMISS** |

    Now before the Court is defendant Nakamoto's *ex parte* application for a continuance of the hearing currently scheduled for December 5, 2012, on plaintiffs' motion to remand. For good cause shown, the Court hereby CONTINUES the hearing currently set for December 5, 2012, to **Friday, December 7, 2012, at 9:00am.** The Court VACATES the hearing on defendant Nakamoto's motion to dismiss currently set for December 7, 2012, and will reschedule hearing on the motion to dismiss only after the Court first rules on plaintiffs' motion to remand.

    **IT IS SO ORDERED.**

Dated: December 4, 2012

                                                        SUSAN ILLSTON<br>                                                     United States District Judge