WENDELL H. GODDARD (#65944)
GODDARD LAW OFFICES
483 Ninth Street, Suite 200
Oakland, CA 94607
Telephone: (510) 625-7777
Facsimile: (510) 625-7770
Email: wgoddard@earthlink.net

ROBERT Y.P. CHAN (#118112)
LAW OFFICES OF ROBERT Y.P. CHAN
1221 Vicente Street
San Francisco, CA 94116
Telephone: (415) 759-8877
Facsimile: (415) 242-9517
Email: robertc260@yahoo.com

BARRY H. SACKS (#58202)
LAW OFFICES OF BARRY H. SACKS
2557 Clay Street
San Francisco, CA 94115
Telephone: (415) 346-6095
Facsimile: (415) 346-6095
Email: barrys88@yahoo.com

Attorneys for Plaintiffs
KINFONG SIT and MEE WAI CHIU

IT IS SO ORDERED
Susan Illston
Judge Susan Illston

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINFONG SIT, an individual; and MEE WAI CHIU, an individual,<br><br>           Plaintiffs,<br>v.<br><br>GENENTECH, INC. TAX REDUCTION INVESTMENT PLAN, an employee benefit plan within the meaning of ERISA Section 3(3), and more specifically an employee pension benefit plan within the meaning of ERISA Section 3(2)(a); AYUMI NAKAMOTO, an individual; and DOES 1 to 20,<br><br>           Defendants. | Case No. 12-CV-04864-SI (ADR)<br><br>**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**<br><br>**Federal Rule of Civil Procedure 41(a)(1)(A)(ii)** |

1

**STIPULATION OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiffs KinFong Sit and Mee Wai Chiu, defendant Genentech, Inc. Tax Reduction Investment Plan, and defendant Ayumi Nakamoto, by their respective counsel, stipulate and agree to dismiss this entire action with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED.

Dated: June 12, 2013     /s/ Wendell H. Goddard
                         Wendell H. Goddard, SBN 65944
                         GODDARD LAW OFFICES
                         Attorney for Plaintiffs
                         KINFONG SIT and MEE WAI CHIU

Dated: June 12, 2013     /s/ Nicole A. Diller
                         Nicole A. Diller, SBN 154842
                         MORGAN, LEWIS & BOCKIUS LLP
                         Attorneys for Defendant
                         GENENTECH, INC. TAX REDUCTION
                         INVESTMENT PLAN and
                         GENENTECH, INC.

Dated: June 12, 2013     /s/ Suzan Yee
                         Suzan Yee, SBN 88418
                         TSAO-WU, CHOW & YEE LLP
                         Attorneys for Defendant
                         AYUMI NAKAMOTO